1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSE TORRES-HURTADO,                          No.  2:16-cv-01776 JAM AC P

12              Petitioner,

13        v.                                        ORDER

14   RAFAEL ZUNIGA, Warden,

15              Respondent.

16

17         Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis.

19   Petitioner was convicted and sentenced in the United States District Court for the Central District

20   of California, and is incarcerated at the Mendota Federal Correctional Institution (MFCI), which

21   is located in Fresno County, and therefore within the Fresno Division of the United States District

22   Court for the Eastern District of California.  See Local Rule 120(d).

23         The petition challenges the "manner in which [petitioner's] sentence is being executed" at

24   MCFI, and seeks a re-computation consistent with the concurrent sentencing order issued by the

25   Central District.  "[P]etitions that challenge the manner, location, or conditions of a sentence's

26   execution must be brought pursuant to § 2241 in the custodial court."  Hernandez v. Campbell,

27   204 F.3d 861, 864 (9th Cir. 2000) (citations omitted).

28   ////

1    Pursuant to Local Rule 120(f), a civil action that has not been commenced in the proper

2   division of a court may, on the court's own motion, be transferred to the proper division of the

3   court.  Accordingly, this action will be transferred to the Fresno Division of the court.  This court

4   has not ruled on petitioner's request to proceed in forma pauperis.

5    Good cause appearing, IT IS HEREBY ORDERED that:

6    1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

7    2.  This action is transferred to the United States District Court for the Eastern District of

8   California sitting in Fresno; and

9    3.  All future filings shall reference the new Fresno case number assigned and shall be

10  filed at:

11          United States District Court
            Eastern District of California
            2500 Tulare Street
12          Fresno, CA 93721

13  DATED: September 13, 2016

14

15          ALLISON CLAIRE
            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2