UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TORRES-HURTADO,<br><br>         Petitioner,<br><br>    v.<br><br>RAFAEL ZUNIGA, Warden,<br><br>         Respondent. | No.  16-cv-01354-LJO-JLT (HC)<br><br>**ORDER DENYING PETITIONER'S MOTION FOR STATUS**<br><br>**[Doc. 20]** |

On January 17, 2017, Petitioner filed a motion concerning the status of his motion for summary judgment which he had filed on December 8, 2016.  [Doc. Nos. 18, 20.]  Petitioner states he has not received any response or correspondence from Respondent or the Clerk of the Court.  Nevertheless, on January 10, 2017, the Court issued Findings and Recommendations to grant Respondent's motion to dismiss and to deny Petitioner's motion for summary judgment on January 10, 2017.  [Doc. No. 19.]  The matter is currently pending objections from the parties.  After the objection period, the Findings and Recommendation will be submitted to the District Judge for review.  Accordingly, Petitioner's motion is **DENIED**.

IT IS SO ORDERED.

   Dated:   **January 19, 2017**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE